UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:15-cr-516-T-30UAM

JONATHAN WILLIAM LAUMAN

### PRELIMINARY ORDER OF FORFEITURE

THIS CAUSE comes before the Court upon the United States of America's Motion for a Preliminary Order of Forfeiture (Doc. 29) for the following:

1. Dell desktop, serial number FK26WH1;

2. HP laptop DV6700, serial number CNF801BDMO;

3. My Passport ultra hard drive, serial number WX91A83H6591;

4. My Passport ultra hard drive, serial number WX91A255VERS; and

5. Samsung Galaxy Note cellular phone, 4 IMEI number 990004811716566.

Being fully advised of the relevant facts, the Court hereby finds that the assets identified above were used in the commission of the child pornography offenses to which the defendant pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 29) is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 2253 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets identified above are hereby forfeited to the United States for disposition according to law.

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, and to enter any further order necessary for the forfeiture and disposition of such property.

DONE and ORDERED in Tampa, Florida, this 23rd day of May, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2015\15-cr-516 preliminary order of forfeiture.docx

2